UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Walter Gruda</u>

    v.                                     Civil No. 11-53-JD

<u>Fred H. Hamblet, Inc.,</u>
<u>a/k/a F.H. Hamblet, Inc.</u>


<u>O R D E R</u>

     The court has reviewed the assented to motion for approval of a settlement agreement between the parties, the settlement agreement itself, and the proposed order, which documents have been filed under provisional seal pursuant to Local Rule 83.11. The court grants the motion and approves the settlement agreement, all in accordance with paragraphs 1 and 3 of the proposed order which are incorporated herein. The parties are ordered to comply with all of the terms and conditions of the motion and the agreement as herein approved. The court retains jurisdiction of this case in order to enforce the terms and conditions of the agreement between the parties should that become necessary.

     The parties have requested that the motion, agreement, and proposed order be sealed in perpetuity because there exists a confidentiality agreement between the parties, or in lieu thereof, that these documents be returned to the parties

following review.  Absent extraordinary circumstances, which do not exist in this case, the court will not seal documents.  In lieu of sealing the documents and in order to preserve the confidentiality agreement between the parties, the Clerk shall return the documents to counsel for the plaintiff.

    SO ORDERED.

                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

November 22, 2011

cc:   Gary M. Burt, Esquire
      Andrea K. Johnstone, Esquire
      Edward J. Sackman, Esquire